IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CLINT DRAPER,

    Plaintiff,                         No. CIV S-10-0032 KJM EFB P

    vs.

D. ROSARIO, et al.,

    Defendants.                ORDER

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On May 11, 2012, plaintiff requested leave to file a supplemental opposition to defendant's answer. Dckt. No. 52. Neither the Local Rules of this court nor the Federal Rules of Civil Procedure authorize the filing of a response to an answer. Accordingly, IT IS HEREBY ORDERED that plaintiff's request is denied.

DATED: May 18, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE