IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN CLINT DRAPER,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**D. ROSARIO, et al.,**<br><br>　　　　　　　Defendant. | Case No. CIV-S-10-0032 KJM EFB P<br><br>**ORDER** |

Defendant's request to conduct Plaintiff John Clint Draper's deposition via videoconference is granted. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

Dated: June 26, 2012

　　　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE