IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CLINT DRAPER,

      Plaintiff,                    No. 2:10-cv-0032 KJM EFB P

      vs.

D. ROSARIO,

      Defendant.                ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has filed a "notice of motion for deposition and discovery" with the court, wherein, he requests that the court order the Attorney General's Office and the California Department of Corrections and Rehabilitation to provide him with information regarding this case. Dckt. No. 59. Plaintiff is hereby informed that he may obtain the information he seeks by properly serving discovery requests on defendants, and his request for court assistance at this time appears to be both unnecessary and premature. Pursuant to this court's local rules, interrogatories, requests for production, requests for admission, and responses thereto "shall not be filed with the clerk" unless there is a proceeding that puts the discovery request or response at issue. *See* E.D. Cal. Local Rules 250.2-250.4. As it appears that plaintiff has not even served his discovery requests on defendants, there is no discovery request or response at issue.

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's June 25, 2012 request, Dckt.
2  No. 59, is denied.
3  DATED: June 29, 2012.

         _____
         EDMUND F. BRENNAN
         UNITED STATES MAGISTRATE JUDGE