1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10  JOHN CLINT DRAPER,
11           Plaintiff,                     No. 2:10-cv-0032 KJM EFB P
12      vs.
13  D. ROSARIO,
14           Defendant.                     ORDER
15  _____/

16       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42
17  U.S.C. § 1983.  Plaintiff has filed a "notice of motion for deposition and discovery" with the
18  court, wherein, he requests that the court order the Attorney General's Office and the California
19  Department of Corrections and Rehabilitation to provide him with information regarding this
20  case. Dckt. No. 59.  Plaintiff is hereby informed that he may obtain the information he seeks by
21  properly serving discovery requests on defendants, and his request for court assistance at this
22  time appears to be both unnecessary and premature.  Pursuant to this court's local rules,
23  interrogatories, requests for production, requests for admission, and responses thereto "shall not
24  be filed with the clerk" unless there is a proceeding that puts the discovery request or response at
25  issue.  *See* E.D. Cal. Local Rules 250.2-250.4.  As it appears that plaintiff has not even served
26  his discovery requests on defendants, there is no discovery request or response at issue.

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's June 25, 2012 request, Dckt.
2 | No. 59, is denied.
3 | DATED: June 29, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE