IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CLINT DRAPER,

        Plaintiff,                    No. 2:10-cv-0032 KJM EFB P

        vs.

D. ROSARIO,

        Defendant.              ORDER

                                         /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He claims that a current lockdown at his institution is interfering with his ability to comply with the court's discovery and scheduling order, and therefore requests a court order to allow him access to the law library. An exhibit attached to plaintiff's request indicates that inmates are allowed library access if they have "approved court deadlines." Dckt. No. 61, Ex. A. The discovery and scheduling order requires that all written discovery be served not later than August 6, 2012, and that any motions to compel be filed by October 6, 2012. Dckt. No. 56. Plaintiff does not state whether he properly informed the appropriate prison officials of those deadlines. Nor does he otherwise demonstrate that his right of access to the courts is being impaired.

////

1 Accordingly, IT IS HEREBY ORDERED that plaintiff's July 9, 2012 request (Dckt. No.
2 61) is denied.
3 DATED: July 24, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2