IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CLINT DRAPER,

      Plaintiff,                            No. 2:10-cv-0032 KJM EFB P

    vs.

D. ROSARIO,

                                  ORDER

      Defendant.

_____/

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He seeks a copy of the transcript from his deposition. Dckt. No. 79. The officer before whom a deposition is taken must retain stenographic notes of the proceedings. Fed. R. Civ. P. 30(f)(3). "When paid reasonable charges, the officer must furnish a copy of the transcript . . . to any party or deponent." *Id.* Thus, plaintiff must first pay for a copy of his deposition transcript, and then obtain it from the officer before whom the deposition was taken. Plaintiff cites to no authority suggesting that either the court or the defendants, should instead be forced to bear this cost.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a deposition transcript (Dckt. No. 79) is denied.

DATED: January 10, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE