IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CLINT DRAPER,

    Plaintiff,                    No. 2:10-cv-0032 KJM EFB P

    vs.

D. ROSARIO,

    Defendant.                 ORDER

_____/

        On January 28, 2013, plaintiff filed a motion for reconsideration of the magistrate judge's order filed January 10, 2013, which denied plaintiff's request for a copy of a deposition transcript. Under E.D. Local Rule 303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed January 10, 2013, is affirmed.

DATED: April 16, 2013.

_____
UNITED STATES DISTRICT JUDGE

1