UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JOHN CLINT DRAPER,                              Civ. No. S-10-0032 KJM EFB P

    Plaintiff,

  v.

D. ROSARIO, et al.,
                                **ORDER & WRIT OF HABEAS CORPUS**
    Defendants.             **AD TESTIFICANDUM**
_____/

John Clint Draper, CDCR # H-14328, a necessary and material witness in a settlement conference in this case on February 6, 2014, is confined in California Men's Colony (CMC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dale A. Drozd at the U. S. District Court, Courtroom #27, 501 I Street, Sacramento, California 95814, on Thursday, February 6, 2014 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Drozd.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CMC, P.O. Box 8101, San Luis Obispo, California 93409:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Drozd at the time and place above, until completion of the settlement conference or as ordered by Judge Drozd.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 30, 2014.

_____
UNITED STATES DISTRICT JUDGE