# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CLINT DRAPER, | Case No. 2:10-cv-0032-KJM-EFB P |
| Plaintiff, | |
| v. | |
| D. ROSARIO, et al., | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

John Clint Draper, CDCR # H-14328, a necessary and material party in a Final Pretrial Conference in this case on March 20, 2014, is confined in California Men's Colony (CMC), in the custody of the Warden. In order to secure this inmates attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Judge Kimberly J. Mueller at the U.S. District Court, Courtroom No. 3, 15th Floor, 501 I Street, Sacramento, California 95814, on Thursday, March 20, 2014 at 3:30 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in proceedings at the time and place above, until completion of the conference or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CMC, P.O. Box 8101, San Luis Obispo, California 93409:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Mueller at the time and place above, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 20, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE