UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CLINT DRAPER, | No. 2:10-CV-0032 KJM EFB |
| Plaintiff, | |
| v. | AMENDED ORDER |
| D. ROSARIO, et al., | |
| Defendant. | |

On March 20, 2014, the court conducted a final pretrial conference. Victor Meng, Robert O'Leary and Judson Lobdell appeared for plaintiff Draper, who was present in court; David Carrasco and Rene Lucaric appeared telephonically for defendant Rosario.

After hearing, and good cause appearing, the court makes the following findings and orders:

JURISDICTION/VENUE

Jurisdiction is predicated on 28 U.S.C. § 1343(a). Jurisdiction and venue are not contested.

JURY/NON-JURY

The parties have requested a jury trial and agree to an eight member jury.

/////

/////

1

UNDISPUTED FACTS

1. California State Prison-Solano is a medium security institution operated by the California Department of Corrections and Rehabilitation (CDCR).

2. On September 9, 2009, plaintiff John Clint Draper was an inmate housed in Building Four at CSP-Solano.

3. Draper was classified as mobility impaired and was authorized to use a cane.

4. Defendant David Rosario was a correctional officer assigned to CSP-Solano and on September 9, 2009 was working as a floor officer in Building Four.

5. Correctional Officer Pyong Chan Lee was working as the control booth officer and Correctional Officer Eddie Coulter was working as a floor officer in Building Four on September 9, 2009.

6. Coulter, Lee and Rosario were the only officers assigned to working in Building Floor during the morning of September 9, 2009.

7. Around 11:30 a.m., Rosario ordered Draper to report to the office in Building Four.

8. When Draper reported to the office, Coulter and Rosario were there and Lee was in the control booth.

9. Rosario talked to Draper about the latter's work performance as a porter.

10. Draper disagreed with Rosario's assessment and the two got into a verbal exchange in the dayroom outside the office.

11. Rosario ordered Draper to drop his cane and put his hands behind his back so Rosario could handcuff Draper.

12. Draper complied and Rosario handcuffed him

13. The incident involving Draper and Rosario took place in the Day Room of Building Four, immediately in front of the sally port grill gate.

14. Lee activated his personal alarm as the result of the incident and CDCR officers arrived in response.

/////

/////

DISPUTED FACTUAL ISSUES[1]

1. Whether Rosario slammed Draper into the sally port grill gate in Building Four.

2. Whether Draper jumped off the sally port grill gate and launched himself backwards at Rosario in an attempt to assault Rosario.

3. Whether Rosario slammed Draper's head into the ground while Draper was face down on the ground.

4. Whether Draper suffered any injury as the result of the incident or, if he did, the extent of any injuries.

5. Whether a registered nurse adequately examined Draper after the incident.

SPECIAL FACTUAL INFORMATION

None applicable.

DISPUTED EVIDENTIARY ISSUES/MOTIONS IN LIMINE

The parties will submit their motions in limine in accordance with the schedule set below, except for plaintiff's request to obtain the attendance of incarcerated witnesses, which shall be addressed according to the schedule set by ECF No. 130.

The parties' motions on limine are due by April 7, oppositions due by April 14, and any replies by April 21, 2014. The parties should inform the court whether resolution of any of the motions might require an evidentiary presentation.

STIPULATIONS/AGREED STATEMENTS

The parties have stipulated as to the following facts:

1. Rosario acted under color of state law.

2. The medical records offered as plaintiff's exhibits 1-60 and defendants' exhibits 7-35 are authentic.

3. The photographs of Building Four taken on January 22, 2014 and offered as plaintiff's exhibit 66 and defendant's exhibit 35 are authentic.

---

[1] The court acknowledges plaintiff's claim that the question whether a post-incident interview with plaintiff was properly handled is in dispute, but does not include that in the disputed facts as it is not part of the claim itself, but rather may provide a basis for a jury instruction or other action. As the parties observed, this will be addressed during the motions in limine.

1   4. Defendant's proposed exhibits 1-6, documents from plaintiff's central file, are
2   authentic.
3   RELIEF SOUGHT
4       Plaintiff seeks compensatory or nominal damages, punitive damages, costs and attorneys'
5   fees. Defendant seeks a judgment in his favor and an award of costs.
6   POINTS OF LAW
7       The parties shall alert the court to disputes about the applicable law and legal standards.
8   Trial briefs addressing these points more completely shall be filed with this court no later than
9   seven days prior to the date of trial in accordance with Local Rule 285.
10  ABANDONED ISSUES
11      The court granted defendant's motions to dismiss Draper's claim that his Fourteenth
12  Amendment right to procedural due process was violated, that his Eighth Amendment right was
13  violated by prison officials' deliberate indifference to his serious medical needs, and that he was
14  subjected to a biased disciplinary hearing.
15  WITNESSES
16      Plaintiff intends to call the following witnesses:
17      John Clint Draper
18      Richard Shepard, CDC No. H40705
19      Frank Thompson, Jr. CDC No. C07772
20      Mario Thompson, CDC No. T54097
21      James Fowler, Correctional Sergeant
22      Allen Peel, Correctional Sergeant
23      John Edward Mitchell, CDC No.H38255
24      Michael Dwayne Haynes, CDC No. J78758
25      Dr. Martin Chenevert—expert witness
26      Custodians of records
27      Grant Fine, potential impeachment witness
28      Defendant intends to call the following witnesses:

1  David Rosario

2  Pyong Chun Lee

3  Edward Coulter

4  Dr. Bruce Barnett—rebuttal expert

5  Custodians of records.

6  Each party may call any witnesses designated by the other.

7      A.      The court will not permit any other witness to testify unless:

8            (1) The party offering the witness demonstrates that the witness is for the purpose

9            of rebutting evidence that could not be reasonably anticipated at the pretrial

10           conference, or

11           (2) The witness was discovered after the pretrial conference and the proffering

12           party makes the showing required in "B," below.

13     B.      Upon the post pretrial discovery of any witness a party wishes to present at trial,

14 the party shall promptly inform the court and opposing parties of the existence of the unlisted

15 witnesses so the court may consider whether the witnesses shall be permitted to testify at trial.

16 The witnesses will not be permitted unless:

17               (1) The witness could not reasonably have been discovered prior to the

18               discovery cutoff;

19               (2) The court and opposing parties were promptly notified upon discovery

20               of the witness;

21               (3) If time permitted, the party proffered the witness for deposition; and

22               (4) If time did not permit, a reasonable summary of the witness's testimony

23               was provided to opposing parties.

24 <u>EXHIBITS, SCHEDULES AND SUMMARIES</u>

25     Plaintiff's exhibits are identified on attachment A.   At trial, plaintiff's exhibits shall be

26 listed numerically.

27     Defendant's exhibits are identified on attachment B.  At trial, defendant's exhibits shall be

28 listed alphabetically.

1           The court encourages the parties to generate a joint exhibit list to the extent possible.
2    Joint Exhibits shall be identified as JX and listed numerically, e.g., JX-1, JX-2.
3           All exhibits must be premarked.
4           The parties must prepare exhibit binders for use by the court at trial, with a side tab
5    identifying each exhibit in accordance with the specifications above.  Each binder shall have an
6    identification label on the front and spine.
7           The parties must exchange exhibits no later than twenty-eight days before trial.  Any
8    objections to exhibits are due no later than fourteen days before trial.
9           A. The court will not admit exhibits other than those identified on the exhibit lists
10   referenced above unless:
11                  1. The party proffering the exhibit demonstrates that the exhibit is for the purpose
12                     of rebutting evidence that could not have been reasonably anticipated, or
13                  2. The exhibit was discovered after the issuance of this order and the proffering
14                     party makes the showing required in Paragraph "B," below.
15          B. Upon the discovery of exhibits after the discovery cutoff, a party shall promptly
16   inform the court and opposing parties of the existence of such exhibits so that the court may
17   consider their admissibility at trial. The exhibits will not be received unless the proffering party
18   demonstrates:
19                  1. The exhibits could not reasonably have been discovered earlier;
20                  2. The court and the opposing parties were promptly informed of their existence;
21                  3. The proffering party forwarded a copy of the exhibits (if physically possible) to
22                     the opposing party.  If the exhibits may not be copied the proffering party must
23                     show that it has made the exhibits reasonably available for inspection by the
24                     opposing parties.
25   <u>DEPOSITION TRANSCRIPTS</u>
26          Counsel must lodge the sealed original copy of any deposition transcript to be used at trial
27   with the Clerk of the Court no later than fourteen days before trial.
28   /////

1   FURTHER DISCOVERY OR MOTIONS

2   　　　Discovery closed on October 6, 2012.  The court granted plaintiff's motion to reopen

3   discovery and set a new discovery deadline of January 31, 2014.

4   　　　The parties do not anticipate additional discovery.

5   AMENDMENTS/DISMISSALS

6   　　　As noted above, several claims were dismissed during the course of the litigation.

7   SETTLEMENT

8   　　　On February 6, 2014, he parties attended a settlement conference conducted by the

9   Honorable Dale A. Drozd.  The case did not settle and the parties do not believe a further

10  settlement conference will be helpful.

11  JOINT STATEMENT OF THE CASE

12  　　　The parties should submit a joint statement of the case fourteen days before trial.

13  SEPARATE TRIAL OF ISSUES

14  　　　The parties do not seek a separate trial of any issues.

15  IMPARTIAL EXPERTS/LIMITATION OF EXPERTS

16  　　　Not applicable.

17  ATTORNEYS' FEES

18  .　　　Plaintiff will seek attorneys' fees if he is the prevailing party.

19  ESTIMATED TIME OF TRIAL/TRIAL DATE

20  　　　Jury trial is set for  May 5, 2014 at 9:00 a.m. in Courtroom Three before the Honorable

21  Kimberly J. Mueller.  Trial is anticipated to last three to four days.  The parties are directed to

22  Judge Mueller's trial schedule outlined at the "important information" link located on her web

23  page on the court's website.

24  PROPOSED JURY VOIR DIRE AND PROPOSED JURY INSTRUCTIONS

25  　　　The parties shall file any proposed jury voir dire seven days before trial.  Each party will

26  be limited to ten minutes of jury voir dire.

27  　　　The court directs counsel to meet and confer in an attempt to generate a joint set of jury

28  instructions and verdicts.  The parties shall file any such joint set of instructions fourteen days

before trial, identified as "Jury Instructions and Verdicts Without Objection." To the extent the parties are unable to agree on all or some instructions and verdicts, their respective proposed instructions are due fourteen days before trial.

Counsel shall e-mail a copy of all proposed jury instructions and verdicts, whether agreed or disputed, as a word document to kjmorders@caed.uscourts.gov no later than fourteen days before trial; all blanks in form instructions should be completed and all brackets removed.

Objections to proposed jury instructions must be filed seven days before trial; each objection shall identify the challenged instruction and shall provide a concise explanation of the basis for the objection along with citation of authority.  When applicable, the objecting party shall submit an alternative proposed instruction on the issue or identify which of his or her own proposed instructions covers the subject.

MISCELLANEOUS

Trial briefs are due seven days before trial.

OBJECTIONS TO PRETRIAL ORDER

Each party is granted fourteen days from the date of this order to file objections to the same. If no objections are filed, the order will become final without further order of this court.

DATED:   April 3, 2014.

_____
UNITED STATES DISTRICT JUDGE

ATTACHMENT A

PLAINTIFF'S EXHIBIT LIST

| # | Date | Document | Bates Number |
|---|---|---|---|
| **Plaintiff's Medical Records** | | | |
| 1. | January 25, 1994 | X-Ray Request | DRAPER002302 |
| 2. | December 12, 2007 | Radiology Report | DRAPER001463 |
| 3. | May 6, 2008 | Radiology Report | DRAPER000494 |
| 4. | December 10, 2008 | Interdisciplinary Progress Notes | DRAPER000148 |
| 5. | December 22, 2008 | Comprehensive Accommodation Chrono | DRAPER000531 |
| 6. | August 20, 2009 | Interdisciplinary Progress Notes | DRAPER000126 |
| 7. | August 26, 2009 | Radiology Report | DRAPER000492 |
| 8. | September 9, 2009 | Medical Report of Injury or Unusual Occurrence | Dkt. 70-3 at 13 |
| 9. | September 11, 2009 | Health Care Services Request Form | Dkt. 65-1 at 21 |
| 10. | September 17, 2009 | Interdisciplinary Progress Notes | DRAPER000124-5 |
| 11. | September 17, 2009 | Physician's Orders | DRAPER000623 |
| 12. | September 28, 2009 | Radiology Report | DRAPER000490 |
| 13. | September 28, 2009 | Radiology Report | DRAPER000491 |
| 14. | October 20, 2009 | Health Services Request Form | Dkt. 65-1 at 20 |
| 15. | October 29, 2009 | Radiology Report | DRAPER000489 |
| 16. | November 1, 2009 | Health Services Request Form | Dkt. 65-1 at 19 |
| 17. | November 5, 2009 | Interdisciplinary Progress Notes | DRAPER003786 |
| 18. | November 16, 2009 | Radiology Report | DRAPER000487 |
| 19. | November 16, 2009 | Radiology Report | DRAPER000488 |
| 20. | November 22, 2009 | Health Services Request Form | Dkt. 65-1 at 18 |
| 21. | June 8, 2010 | Health Care Servies Request Form | DRAPER003784 |
| 22. | July 21, 2010 | Report by Salinas Valley Radiologists, Inc. | DRAPER000486 |
| 23. | July 29, 2010 | Physician Request for Services | Dkt. 65-1 at 7 |
| 24. | July 29, 2010 | Interdisciplinary Progress Notes | Dkt. 65-1 at 8 |
| 25. | June 8, 2010 | Health Care Services Request Form | DRAPER003784 |
| 26. | July 21, 2010 | Report by Salinas Valley Radiologists, Inc. | DRAPER000486 |
| 27. | February 9, 2011 | Primary Care Provider Progress Note | DRAPER003795 |

| #   | Date              | Document                                                 | Bates Number         |
|-----|-------------------|----------------------------------------------------------|----------------------|
| 28. | May 23, 2011      | Health Care Services Request Form                        | Dkt. 65-1 at 14      |
| 29. | November 1, 2011  | Primary Care Provider Progress Note                      | DRAPER000114         |
| 30. | January 20, 2012  | Encounter Form: Musculoskeletal Complaint (Non-Traumatic) | DRAPER000096-8      |
| 31. | January 31, 2012  | Physician Request for Services                           | DRAPER000553         |
| 32. | January 31, 2012  | Primary Care Provider Progress Note                      | DRAPER000094         |
| 33. | February 29, 2012 | Primary Care Provider Progress Note                      | Dkt. 65-1 at 5       |
| 34. | March 5, 2012     | Health Care Services Request Form                        | DRAPER000085         |
| 35. | March 8, 2012     | Report by Valley Radiology Medical Associates, Inc.      | DRAPER000481-483     |
| 36. | April 11, 2012    | Primary Care Provider Progress Note                      | DRAPER000084         |
| 37. | May 2, 2012       | Interdisciplinary Progress Notes                         | DRAPER000082         |
| 38. | May 9, 2012       | Interdisciplinary Progress Notes                         | DRAPER000081         |
| 39. | May 16, 2012      | Interdisciplinary Progress Notes                         | DRAPER000080         |
| 40. | May 23, 2012      | Interdisciplinary Progress Notes                         | DRAPER000076         |
| 41. | June 25, 2012     | Health Care Services Request Form                        | DRAPER000074         |
| 42. | July 10, 2012     | Primary Care Provider Progress Note                      | DRAPER000073         |
| 43. | July 10, 2012     | Refusal of Examination and/or Treatment                  | DRAPER000547         |
| 44. | August 1, 2012    | Primary Care Provider Progress Note                      | DRAPER000068-69      |
| 45. | August 31, 2012   | Medical Progress Note                                    | DRAPER000064-65      |
| 46. | September 11, 2012| Primary Care Provider Progress Note                      | DRAPER000062         |
| 47. | September 30, 2012| Electromyography/Nerve Conduction Study                  | DRAPER000474–80      |
| 48. | October 11, 2012  | Primary Care Provider Progress Note                      | DRAPER000061         |
| 49. | November 21, 2012 | Primary Care Provider Progress Note                      | DRAPER000058         |
| 50. | January 25, 2013  | Encounter Form: Musculoskeletal Complaint (Non-Traumatic) | DRAPER000053-55     |
| 51. | January 29, 2013  | Health Care Services Request Form                        | DRAPER000051         |
| 52. | February 6, 2013  | Refusal of Examination and/or Treatment                  | DRAPER000538         |
| 53. | April 4, 2013     | Health Care Services Request Form                        | DRAPER002429         |
| 54. | April 15, 2013    | Primary Care Provider Progress Note                      | DRAPER000048         |
| 55. | June 7, 2013      | Encounter Form: Musculoskeletal Complaint (Non-Traumatic) | DRAPER000039-41     |

| # | Date | Document | Bates Number |
|---|---|---|---|
| 56. | June 11, 2013 | Primary Care Provider Progress Note | DRAPER000037 |
| 57. | October 15, 2013 | Health Care Services Request Form | DRAPER001467 |
| 58. | October 17, 2013 | Encounter Form: Musculoskeletal Complaint (Non-Traumatic) | DRAPER001468–69 |
| 59. | December 4, 2013 | Health Care Services, Physician Request for Services | DRAPER002427 |
| 60. | December 9, 2013 | Report by California Correctional Health Care Services | DRAPER002296-97 |
| **Miscellaneous** | | | |
| 61. | | Diagram of Building Four, California State Prison, Solano | |
| 62. | | California Department of Corrections and Rehabilitation, Adult Institutions, Program, and Parole, Operations Manual | |
| 63. | | California Department of Corrections and Rehabilitation, Richard A. McGee Correctional Training Center, Cadet Handbook | |
| 64. | September 9, 2009 | Videotape Interview of John Clint Draper | |
| 65. | September 30, 2009 | Videotape Interview of John Clint Draper | |
| 66. | January 22, 2014 | Photographs of California State Prison, Solano | |
| 67. | | Rule 1006 Summary of Medical Records Concerning Right Upper Extremity | |
| **Medical Text** | | | |
| 68. | | Renfree K.J., and T.W. Wright, *Anatomy and biomechanics of the acromioclavicular and sternoclavicular joints*, Clin. Sports Med. 2003;22: 219–237 | |
| 69. | | Shaffer B.S., *Painful conditions of the acromioclavicular joint*, J. Am. Acad. Orthop. Surg. 1999;7(3):176 | |
| 70. | | Koehler, Scott M., *Acromioclavicular joint injuries*, UpToDate, available online at http://www.uptodate.com (May 13, 2013) | |
| 71. | | Koehler, Scott M., *Acromioclavicular joint disorders*, UpToDate, available online at http://www.uptodate.com (January 14, 2014) | |

| # | Date | Document | Bates Number |
|---|---|---|---|
| 72. | | Miller, Marc L., *Muscle examination in the evaluation of weakness*, UpToDate, available online at http://www.uptodate.com (August 23, 2012) | |
| 73. | | Jing Jin, et al., *Factors affecting therapeutic compliance: A review from the patient's perspective*, 4 Ther. & Clin. Risk Mgmt. 269 (February 2008) | |
| 74. | | Alex J. Mitchell and Thomas Selmes, *Why don't patients take their medicine? Reasons and solutions in psychiatry*, 13 Advances in Psychiatric Treatment 336 (2007) | |
| 75. | | Silk, K.R., *Personality disorders*, in: A. Skodol (Ed.), UpToDate (2014) | |
| 76. | | Carol S. North M.D., M.P.E., and Sean H. Yutzy M.D., *The Psychiatric Diagnosis*, In *Goodwin and Guze's Psychiatric Diagnosis* (6th Ed.) (Oxford University Press, Inc. 2010) | |

# ATTACHMENT B

# DEFENDANT'S TRIAL EXHIBITS—AMENDED LIST

| No. | Date | Document | Reference |
|---|---|---|---|
| | | **Plaintiff's Central File Documents** | |
| 1. | October 16, 1991 | Abstract of Judgment | DRAPER002555 |
| 2. | September 9, 2009 | Rules Violation Report | DRAPER0002790-95 |
| 3. | September 9, 2009 | Medical Report of Injury | Dkt. 70-3 at 13 |
| 4. | September 9, 2009 | Inmate Account of Excessive Force | Dkt. 70-3 at 42 |
| 5. | September 16, 2009 | Incident Commander's Review/Critique | Dkt. 70-3 at 44-53 |
| 6. | October 7, 2009 | Memorandum on Interviews with Inmates | Dkt. 70-3 at 36-41 |
| | | **Plaintiff's Medical File Documents** | |
| 7. | April 23, 2003 | Radiology Report | DRAPER000497 |
| 8. | December 4, 2006 | Radiology Report | DRAPER000496 |
| 9. | April 30, 2008 | Physician Order | DRAPER000650 |
| 10. | April 30, 2008 | Interdisciplinary Progress Note | DRAPER000152 |
| 11. | May 6, 2008 | Radiology Report | DRAPER000494 |
| 12. | December 10, 2008 | Physician's Order | DRAPER000642 |
| 13. | December 10, 2008 | Interdisciplinary Progress Note | DRAPER000148 |
| 14. | August 20, 2009 | Interdisciplinary Progress Note | DRAPER000126 |
| 15. | August 26, 2009 | Radiology Report | DRAPER000492 |
| 16. | September 26, 2009 | Interdisciplinary Progress Note | DRAPER000124-25 |
| 17. | September 28, 2009 | Radiology Report | DRAPER000490 |
| 18. | September 28, 2009 | Radiology Report | DRAPER000491 |
| 19. | October 29, 2009 | Radiology Report | DRAPER000489 |
| 20. | November 5, 2009 | Interdisciplinary Progress Note | DRAPER003786 |
| 21. | November 16, 2009 | Radiology Report | DRAPER000487 |
| 22. | November 16, 2009 | Radiology Report | DRAPER000488 |
| 23. | January 6, 2010 | Interdisciplinary Progress Note | |
| 24. | June 9, 2010 | Interdisciplinary Progress Note | |
| 25. | July 27, 2010 | MRI Report | DRAPER000486 |
| 26. | July 29, 2010 | Health Care Services Request | Dkt. 65-1 at 7 |

| No. | Date | Document | Reference |
|---|---|---|---|
| 27. | July 29, 2010 | Interdisciplinary Progress Note | Dkt. 65 at 11 |
| 28. | August 11, 2010 | Interdisciplinary Progress Note | |
| 29. | January 20, 2011 | Interdisciplinary Progress Note | |
| 30. | January 11, 2011 | Reasonable Accommodation Request | DRAPER003793-94 |
| 31. | February 9, 2011 | Primary Care Provider Progress Note | DRAPER003795 |
| 32. | February 11, 2011 | Health Care Services Request | Dkt. 65-1 at 15 |
| 33. | March 8, 2012 | X-ray Reports | DRAPER000481-83 |
| | | **OtherExhibits** | |
| 34. | January 22, 2014 | Photos of Incident Scene, CSP-Solano | |

3/24/2014