UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CLINT DRAPER,<br><br>    Plaintiff,<br><br>    v.<br><br>D. ROSARIO, et al.,<br><br>    Defendants. | No. 2:10-cv-0032 KJM EFP P<br><br><br><br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM |

Michael Dwayne Haynes, CDCR # J-78758, a necessary and material witness in proceedings in this case on May 5, 2014, is confined in California State Prison, Sacramento (SAC), 100 Prison Road, Represa, California 95671, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Judge Kimberly J. Mueller at the U.S. District Court, Courtroom #3, 501 I Street, Sacramento, California 95814, on Monday, May 5, 2014 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SAC, P.O. Box 290002, Represa, California 95671:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Mueller at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 7, 2014

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE