UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CLINT DRAPER, | No. 2:10-cv-0032-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| D. ROSARIO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding through counsel in an action brought under 42 U.S.C. § 1983. On April 7, 2014, the undersigned issued six writs to provide for plaintiff and his inmate witnesses' presence at the May 5, 2014 trial before the assigned district judge. By order filed April 7, 2014, District Judge Mueller denied plaintiff's request to obtain the presence of Inmate Richard Shepard, CDC # H-40705, at trial.

Accordingly, the April 7, 2014 writ to provide for Inmate Shepard's presence on May 5, ECF No. 150, is VACATED. The Clerk is directed to serve a copy of this order on the Warden, Correctional Training Facility.

DATED: April 8, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE