UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CLINT DRAPER,

        Plaintiff,

vs.

D. ROSARIO, et al.,

        Defendants.
        /

No. 2:10-cv-0032-KJM-EFB P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM[1]**

    John Clint Draper, CDCR # H-14328, a necessary and material witness in proceedings in this case on June 16, 2014, is confined in California State Prison, Sacramento (SAC), in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 15th Floor, Courtroom No. 3, United States Courthouse, 501 I Street, Sacramento, California on June 16, 2014 at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SAC, P.O. Box 290002, Represa, California 95671:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May 8, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] By minute order filed May 2, 2014 (ECF No. 192), the May 5, 2014 trial date was vacated and reset for June 16, 2014. This writ supersedes the writs issued for the May 5 trial date at ECF Nos. 147-149, 151, and 152.