UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CLINT DRAPER,<br><br>        Plaintiff,<br><br>    v.<br><br>D. ROSARIO,<br><br>        Defendant. | No. 2:10-CV-0032 KJM EFB<br><br><br>ORDER |

After considering the parties arguments, the court vacates the writ of habeas corpus ad testificandum issued for witness Frank Samuel Thompson, CDCR No. C-07772 and directs the Clerk of the Court to issue a writ of habeas corpus ad testificandum for witness Richard Shepard, CDCR # H-40705.

The Clerk of the Court is also directed to file the documents submitted by plaintiff on May 27, 2014 under seal. Additionally, based on the parties' argument at hearing on June 6, 2014, and the relevant standards having been met for sealing, the Clerk is directed to seal the brief filed by the defendant on June 3, 2014 (ECF 205). *See Bousley v. Neven*, No. 2:11-cv-01752 GMN-GWF, 2012 WL 1155735, at *1 (D. Nev. Apr. 6, 2012) (stating good cause for sealing exists when disclosure "would work a clearly defined and serious injury") (citation, internal quotations omitted).

IT IS SO ORDERED.

DATED: June 9, 2014.

_____
UNITED STATES DISTRICT JUDGE