UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CLINT DRAPER,

        Plaintiff,                      No.  2:10-cv-0032 KJM EFB P

  vs.

D. ROSARIO, et al.,

        Defendants.              **ORDER & WRIT OF HABEAS CORPUS**
_____/                      **AD TESTIFICANDUM**

      Richard Shepard, CDCR #H-40705, a necessary and material witness in proceedings in this case on June 16, 2014, is confined in Correctional Training Facility, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 15th Floor, Courtroom 3, United States District Courthouse, 501 I Street, Sacramento, California on June 16, 2014, at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Litigation Coordinator at Correctional Training Facility by fax 831-678-5866 and the Clerk of the Court shall also serve the Out-To-Court Desk, California State Prison - Sacramento.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of Correctional Training Facility, Highway 101 North, P.O. Box 686, Soledad, California 93960-0686:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  June 9, 2014.

/kly/drap0032.841

                                                      UNITED STATES DISTRICT JUDGE