UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CLINT DRAPER, | No. 2:10-CV-0032 KJM EFB |
| Plaintiff, | |
| v. | ORDER |
| D. ROSARIO, | |
| Defendant. | |

On May 29, 2014, defendant lodged with the court the video recording of the September 9, 2009 interview with plaintiff, which was located only recently. If defendant seeks to introduce the video recording at trial set to begin June 16, 2014, he must be prepared to also make available for any questioning the court may allow the following persons: the officer who made the video, the attorney who certified that the video did not exist in response to plaintiff's motion to compel (see ECF Nos. 70 at 3, 70-2 at 6), and the person who located the recording at CSP-Solano. These persons shall be made available promptly, if ordered by the court, on the first day of trial or any day of trial thereafter.

IT IS SO ORDERED.

DATED: June 10, 2014.

UNITED STATES DISTRICT JUDGE

1