UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CLINT DRAPER, | No. 2:-10-CV-0032 KJM EFB |
| Plaintiff, | |
| v. | ORDER |
| D. ROSARIO, | |
| Defendant. | |

      Plaintiff has filed a notice of a request to seal a status update and any future status updates regarding his ex parte application. In light of the order filed June 10, 2014, there is no need for plaintiff to file further status updates.

      Good cause having been shown, the Clerk of Court is directed to file under seal the current status update, submitted to the court on June 11, 2014.

      IT IS SO ORDERED.

DATED: June 12, 2014.

_____
UNITED STATES DISTRICT JUDGE

1