1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN CLINT DRAPER,                    No.  2:-10-CV-0032 KJM EFB

12            Plaintiff,

13        v.                               ORDER

14   D. ROSARIO,

15            Defendant.

16

17        Plaintiff submitted a further status update following the court's order of June 10,

18   2014.

19        Good cause having been shown, the current status update consisting of documents

20   and a CD submitted to the court on June 12, 2014, will be filed under seal.

21        IT IS SO ORDERED.

22   DATED:  June 26, 2014.

23

24   _____

25                          UNITED STATES DISTRICT JUDGE

26

27

28

                                  1