UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CLINT DRAPER,<br><br>           Plaintiff,<br><br>   v.<br><br>D. ROSARIO, et al.,<br><br>           Defendant. | No.  2:10-CV-0032 KJM EFB<br><br><br>ORDER |

        During trial, plaintiff sought to admit the declaration of a witness describing the interaction between plaintiff and defendant Rosario giving rise to the instant lawsuit.  The court denied the motion to admit the declaration, but allowed plaintiff to provide a copy of the declaration for the record.  In light of the showing made during trial and as part of the request to seal, that maintaining the declaration in the public record might endanger the affiant, the court grants plaintiff's motion to submit the unredacted declaration dated January 28, 2014 under seal, accessible only to counsel for plaintiff and defendant.  *See Hunt v. Fields*, No. 2:09-CV-3525 KJM GGH P, 2012 WL 3070413, at *2 (E.D. Cal. July 26, 2012).  The Clerk of the Court is directed to file the witness declaration under seal.

        IT IS SO ORDERED.

DATED:  October 6, 2014.

                                         UNITED STATES DISTRICT JUDGE

1