UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CLINT DRAPER,

        Plaintiff,

vs.

D. ROSAIRO, et al.,

        Defendants.

No. 2:10-cv-0032 KJM EFB P

**AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

    John Clint Draper, inmate H-14328, a necessary and material witness in proceedings in this case on February 24, 2017, is confined in California Medical Facility, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kimberly J. Mueller, to appear by telephonic-conferencing at California Medical Facility, February 24, 2017, at 10:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden, California Medical Facility, 1600 California Drive, P.O. Box 2000, Vacaville, California, 95696-2000:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 5, 2017.

/mp
drap0032.841tc

_____
UNITED STATES DISTRICT JUDGE